SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
DANIEL J. McQUEEN, Cal. Bar No. 217498
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398

Attorneys for Defendants
CATHOLIC HEALTHCARE WEST and ST. MARY'S REGIONAL HEALTH CARE CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE WUEST on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California Corporation; ST. MARY'S REGIONAL HEALTH CENTER, an unknown Nevada entity; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. CV11-2550 CRB<br>Assigned to Hon. Charles R. Breyer<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF PENDING MOTION TO STRIKE AND MOTION TO DISMISS CONCERNING PLAINTIFF'S COMPLAINT; AND**<br><br>**JOINT STIPULATION TO PERMIT DEFENDANTS UNTIL SEPTEMBER 16, 2011 TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S RECENTLY FILED FIRST AMENDED COMPLAINT** |

TO THIS HONORABLE COURT, PLAINTIFF AND HER ATTORNEY OF RECORD:

**PLEASE TAKE NOTICE** that on August 14, 2011, Plaintiff Michelle Wuest filed a first amended complaint which addressed some (but not all) of the issues raised by Defendants in their motion to strike and motion to dismiss.

-1-

1  Accordingly, Defendants hereby withdraw their pending motions to strike and
2  dismiss, presently set for hearing on September 30, 2011, at 10:00 a.m., in the above
3  entitled Court, located at 450 Golden Gate Avenue, San Francisco, California
4  94102. Instead, Defendants will file a responsive pleading to Plaintiff's first
5  amended complaint.

7  Moreover, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and
8  Defendants, through their respective counsel of record, that Defendants' responsive
9  pleading to the first amended complaint shall be due for service on or before
10 September 16, 2011.

12 Dated: August 19, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Original Signed by Daniel J. McQueen*
RICHARD J. SIMMONS
DANIEL J. McQUEEN
Attorneys for Defendants

CATHOLIC HEALTHCARE WEST and ST. MARY'S REGIONAL HEALTH CARE CENTER

21 Dated: August 19, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Original Signed by Jason J. Kuller*
MARK R. THIERMAN
JASON J. KULLER

Attorneys for Plaintiff
MICHELLE WUEST

1  After full consideration of the parties' stipulation to permit Defendants until
2  September 16, 2011, to file a responsive pleading to Plaintiff's first amended
3  complaint, the Court hereby approves the stipulation as requested and enters this
4  order accordingly.

6  IT IS SO ORDERED.

8  Dated: _____ August 24 , 2011

10  By _____
11  HON. CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*