Mark R. Thierman, NV#8285 CAL#72913
Jason Kuller, NV#12244 CAL#228157
Joshua Buck, NV#12187 CAL#258325
**THIERMAN LAW FIRM, P.C.**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500
Fax: (775) 703-5027

Attorneys for Plaintiff MICHELLE WUEST

Richard J. Simmons, CAL#72666
Daniel J. McQueen, CAL# 217498
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 48th Floor
Los Angeles, California 90071
Tel: (213) 620-1780
Fax: (213) 620-1398

Attorneys for Defendants CATHOLIC HEALTHCARE WEST and ST. MARY'S

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE WUEST, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST, a California Corporation; ST. MARY'S REGIONAL HEALTH CENTER, an unknown Nevada entity; and Does 1-50, Inclusive,<br><br>Defendants. | Case No.: CV11-2550 CRB<br>Assigned to Hon. Charles R. Breyer<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE TO NOTIFY COURT OF POSSIBLE RESOLUTION** |

Pursuant to Local Rules 6-1(b) and 7-12, Plaintiff Michelle Wuest ("Plaintiff") and Defendants Catholic Healthcare West and St. Mary's Regional Health ("Defendants"), by and through their undersigned counsel, hereby stipulate and request as follows:

1

WHEREAS, on September 2, 2011, the Court entered the following Order:

    a. The parties are to proceed with informal discovery to allow resolution of the case;

    b. Defendants' response to the amended complaint is continued; and

    c. The parties are to inform the Court as to their position regarding resolution of the matter or the matter being transferred to Nevada by October 21, 2011.

WHEREAS, the parties have been diligently engaged in settlement negotiations in an attempt to inform the court as to their position by the October 21, 2011 deadline; however, the parties agree that they require additional time;

WHEREAS, the parties request an additional thirty (30) days to discuss resolution of the matter;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel:

The deadline to inform the Court as to their position regarding resolution of the matter or the matter being transferred to Nevada is extended to November 21, 2011.

**IT IS SO STIPULATED.**

Dated this 19th day of October, 2011

    By: /s/ Jason J. Kuller
    JASON J. KULLER, ESQ. (CAL#228157)
    THIERMAN LAW FIRM, P.C.
    7287 Lakeside Drive
    Reno, Nevada 89511

    *Attorneys for Plaintiff*
    MICHELLE WUEST

/ / /

/ / /

Dated this 19th day of October, 2011

By: /s/ Daniel J. McQueen
DANIEL J. MCQUEEN, ESQ. (CAL#217498)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071

*Attorney for Defendants*
CATHOLIC HEALTHCARE WEST and ST. MARY'S
REGIONAL HEALTH CARE CENTER

**ORDER**

IT IS SO ORDERED:

DATED: _____October 20\_, 2011

_____
THE HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

